UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WILLIAM HOWARD HARRIS
SALLIE ANNA HARRIS,
    Debtors.

CASE NO. 3:09-bk-06474 PMG

---

WILLIAM HOWARD HARRIS
SALLIE ANNA HARRIS,

v.

BANK OF AMERICA, NA.,
    Defendant.

ADV. CASE NO.

---

## COMPLAINT

COME NOW debtors, WILLIAM HOWARD HARRIS and SALLIE ANNA HARRIS, his wife, and sue Defendant, BANK OF AMERICA, N.A., and state:

### PARTIES

1. Plaintiffs/Joint Debtors WILLIAM HOWARD HARRIS, and SALLIE ANNA HARRIS, are residents of Jacksonville, Duval County, Florida.

2. Defendant BANK OF AMERICA, N.A., is a foreign corporation licensed to do business in Jacksonville, Duval County, Florida.

### JURISDICTION

3. This Adversary Proceeding is commenced pursuant to Bankruptcy Rule 7001 and 11U.S.C. 362 and 524(a)(2) and (3).

4. Jurisdiction of this Court is based on 28 U.S.C. 1334 in that this matter arises under Title 11 of the United States Code. This is a core proceeding under 28 USC 157.

## FACTS

5. Debtors filed their Petition for relief under Chapter 7 under the United States Bankruptcy Code in this Court on August 3, 2009.

6. Upon Debtors' filing their Petition, an automatic stay was imposed pursuant to 11 USC 362 against all creditors' attempt to collect on debts which Defendants listed in their Schedules D, E, and F attached to their Petition.

7. When Debtors filed their Petition, they listed Defendant, BANK OF AMERICA, N.A., PO Box 53512, Atlanta, Georgia 30353 as a secured creditor under Schedule D for their primary residence located at 110 Lighthouse Road, Jacksonville, Florida 32225. Under Statement of Financial Affairs, Debtors reported the foreclosure action brought by Bank of America, N.A., as to the mortgage on their real property at 110 Lighthouse Road, Jacksonville, Florida 32225. Under Debtors' Statement of Intentions, Debtors reported the surrender of their interest in the real property at 110 Lighthouse Road, Jacksonville, Florida 32225.

8. Debtors also listed Defendant, BANK OF AMERICA, N.A., Bankruptcy NC4-105-02-99, PO Box 26012, Greensboro, N.C., 27410, and BANK OF AMERICA, N.A., PO Box 15710, Wilmington, NC 19886 as unsecured creditors under Schedule F.

9. Defendant's name and addresses appear on the Creditor Matrix which Debtors filed with their Petition.

10. This Court notified Defendant by mail of the filing of Debtor's Petition and of the automatic stay.

11. All of the Debtors' creditors received a notice of Debtors' filing a Petition with the United States Bankruptcy Court by the mail service of this Court by means of a Form B-9A which issued on August 4, 2009.

12. This notice contained a warning to all creditors of the following:

**"Creditors may not take certain actions**

"The filing of a bankruptcy case automatically stays certain collection and other actions against the Debtor and the Debtor's property. If you attempt to collect a debt or other action in violation of the Bankruptcy Code, you may be penalized."

13. The reverse of the Notice has a further explanation:

**"Prohibited collection actions are listed in the Bankruptcy Code. Section 362. Examples of prohibited actions include contacting the Debtor by telephone, mail or**

otherwise to demand repayment; taking action to collect money or to obtain property from the Debtor; repossessing the Debtor's property; starting or continuing law suits or foreclosures; and garnishing or deducting from the Debtor's wages."

14. On August 11, 2009, Debtors filed a Suggestion of Bankruptcy in the foreclosure case filed by Creditor, BANK OF AMERICA, N.A., against debtors, WILLIAM HOWARD HARRIS, and SALLIE ANNA HARRIS, Case No. 16-2009-CA-7864. A copy of the Suggestion of Bankruptcy is attached as Exhibit "A".

15. On August 13, 2009, creditor, BANK OF AMERICA, N.A., filed its notice of appearance in Case No. 3:09-bk-06474-PMG doc. 12.

16. On August 21, 2009, creditor, BANK OF AMERICA, N.A., filed its Motion for Relief from the Automatic Stay. Creditor, BANK OF AMERICA, N.A., requested leave to pursue a foreclosure on its mortgage on the Debtors' primary residence located at 110 Lighthouse Road, Jacksonville, Florida 32225. Case No. 3:09-bk-06474-PMG doc. 13.

17. On September 11, 2009, this Court entered an Order granting Relief from the Automatic Stay. The Order instructed Bank of America, N.A., as follows:

   3. "This Order is entered for the sole purpose of allowing [Bank of America, N.A.] to obtain an *in rem* judgment against the property. [Bank of America] shall not seek an *in personam* judgment against Debtor[s]."

   5. "All communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by State law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to the Debtor."

18. The meeting of the Debtors' creditors was held herein on September 18, 2009, on Notice, pursuant to 11 USC 341.

19. On September 18, 2009, the Chapter 7 Trustee reported Debtors' case as a "No Asset Case" that is one in which there is no property, money or assets available to distribution to Debtors' creditors.

20. This Court issued an Order of Discharge on December 3, 2009.

21. Pursuant to Bankruptcy Law and Rules, this Order of Discharge was served by U.S. Mail on all of the Debtors' listed creditors, including Creditor, BANK OF AMERICA, N.A.

22. This Order of Discharge contained a Notice as follows:

"Collection of Discharged Debts Prohibited.

"The discharge prohibits any attempt to collect from the Debtor a debt that has been discharged. For example, a debtor is not permitted to contact Debtor by mail, phone or otherwise to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the Debtor. A debtor who violates this Order can be required to pay damages and attorney's fees to Debtor."

23. By operation of law, the Order of Discharge in a Chapter 7 case converts the automatic stay into a permanent injunction.

24. This Court thereupon ordered the case closed by Final Decree issued December 3, 2009.

25. In clear violation of the permanent injunction which issued upon the Order of Discharge of December 3, 2009, which was served on creditor, BANK OF AMERICA, N.A., creditor, BANK OF AMERICA, N.A., between January 1, 2010 and October 14, 2010, repeatedly contacted debtors by telephone to Debtor's cell telephone 904/699-0678 with demands for payments on a debt, which had been listed in Debtors' Petition.

26. On or about March 16, 2010, April 23, 2010, and July 7, 2010, Debtors' attorneys by correspondence gave additional notice of its legal representation to Creditor BANK OF AMERICA, N.A., and directed it to cease its telephone calls to debtors. A copy of the correspondence is attached as Exhibit "B".

27. After receiving and acknowledging receipt of the correspondence by the Debtors' attorneys, creditor, BANK OF AMERICA, N.A., continued to contact debtors by telephone to Debtor's cell telephone with demands for payment on a debt, which had been listed in Debtors' Petition.

28. The collection activities of creditor, BANK OF AMERICA, N.A., were harassing telephone calls, often three times a day, to debtor's cell telephone number, during hours of his employment, over a period of months from January 2010 to October 2010.

29. The foregoing violations by creditor, BANK OF AMERICA, N.A., of the automatic stay and permanent injunction caused debtors great emotional stress, anxiety and sickness.

30. Debtors have been required to retain the services of undersigned counsel herein and to pay him a reasonable fee.

WHEREFORE, Debtors, WILLIAM HOWARD HARRIS, and SALLIE ANNA HARRIS, seek judgment against creditor, BANK OF AMERICA, N.A., for compensatory and

punitive damages, plus the cost of this actions and reasonable attorney's fees incurred herein.

Date: January 26, 2011.

/s/ Clyde Collins

CLYDE M. COLLINS, JR.
COLLINS & STORY PA
Florida Bar No. 342688
233 E. Bay Street #920
Jacksonville, Fl 32202-3456
Telephone 904-355-0805
Telecopier 904-634-1507
Attorney for Debtors

VERIFICATION

STATE OF FLORIDA
COUNTY OF DUVAL

Before me, the undersigned authority, this day personally appeared Debtor, WILLIAM HOWARD HARRIS, who being duly sworn by me, deposes and states:

1. My name is WILLIAM HOWARD HARRIS. I am over the age of 18. I am making this affidavit freely and voluntarily. I have personal knowledge of the events and activities contained in the foregoing complaint and this affidavit.

2. My wife and I are joint debtors in this United States Bankruptcy Court. I have read the foregoing complaint and I know the contents thereof.

3. The contents of the foregoing complaint are true and correct.

4. I suffered great emotional distress and embarrassment as a result of the telephone

calls to me by creditor, BANK OF AMERICA N.A.

FURTHER AFFIANT SAYTH NAUGHT.

*[signature]*
WILLIAM HOWARD HARRIS

State of FLORIDA
County of DUVAL

Sworn to and subscribed before me for the purposes set forth herein by WILLIAM HOWARD HARRIS, who first took an oath and who is either personally known to me or produced the type of identification described below, this ___ day of January 2011.



*[signature]*
Notary Public, State of FLORIDA

Personally known ✓
Or Identification Provided _____

VERIFICATION

STATE OF FLORIDA
COUNTY OF DUVAL

Before me, the undersigned authority, this day personally appeared Debtor SALLIE ANNA HARRIS, who being duly sworn by me, deposes and states:

1. My name is SALLIE ANNA HARRIS. I am over the age of 18. I am making this affidavit freely and voluntarily. I have personal knowledge of the events and activities contained in the foregoing complaint and this affidavit.

2. My Husband and I are joint debtors in this United States Bankruptcy Court. I have read the foregoing complaint and I know the contents thereof.

3. The contents of the foregoing complaint are true and correct.

4. I suffered great emotional distress and embarrassment as a result of the telephone calls to my husband by creditor, BANK OF AMERICA N.A.

FURTHER AFFIANT SAYTH NAUGHT.

*/s/ Sallie Anna Harris*
SALLIE ANNA HARRIS

State of FLORIDA
County of DUVAL

Sworn to and subscribed before me for the purposes set forth herein by SALLIE ANNA HARRIS who first took an oath and who is either personally known to me or produced the type of identification described below, this ___ day of January 2011.

[Notary Seal: ANNETTA THURBER, MY COMMISSION # EE20944, EXPIRES: August 25, 2014, Fl. Notary Discount Assoc. Co.]

*/s/ Annetta Thurber*
Notary Public, State of FLORIDA

Personally known ✓
Or Identification Provided _____

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA.

Bank of America, N.A., )
         Plaintiff, )  CASE NO. 16 2009-CA-7864
)  Division: CV-B
vs. )
)
William Howard Harris and )
Sallie Anna Harris, )
         Defendants. )
_____)

## SUGGESTION OF BANKRUPTCY

COME NOW the Defendants, William Howard Harris and Sallie Anna Harris, through undersigned attorney, and would show the Court:

1. He/She has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the __Middle District of Florida__, which bears the case number __3:09-bk-06474__.

2. Relief was ordered on August 3, 2009.

3. This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

4. This is for informational purposes only, and does not constitute a notice of appearance by the undersigned.

WHEREFORE, the defendant suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

IT IS HERBY CERTIFIED that a copy of the foregoing Suggestion of Bankruptcy was delivered by mail to Bank of America, N.A. c/o Law Offices of David J. Stern, P.A., 900 South Pine Island Road, Suite 400, Plantation, Florida 33324, this 4th day of August, 2009.

COLLINS & STORY, PA

Clyde M. Collins, Jr. 342688
Attorney for Defendant
233 East Bay Street, Suite 920
Jacksonville, Florida 32202
(904) 355-0805
(904) 634-1507 - fax
Attorney for Defendant

**EXHIBIT "A"**

# COLLINS & STORY, P.A.
*Attorneys at Law*

March 16, 2010

Bank of America
Post Office Box 17054
Wilmington, Delaware 19884

    RE:    William Howard and Sallie Anna Harris - Acct. #xxxxxx4312
             Chapter 7 Bankruptcy Case No. 3:09-bk-6474

Gentlemen:

    This office represents William and Sallie Harris in connection with a Bankruptcy Petition filed in the U.S. Bankruptcy Court, Middle District of Florida, Jacksonville Division. We have been advised by our clients that representatives of Bank of America have contacted them on numerous occasions regarding outstanding balances due on their accounts, despite having been informed by the Harrises that they have filed bankruptcy and that any questions concerning their accounts should be directed to the undersigned.

    Please direct any inquiries relating to the Harris' accounts, both verbal and written to the undersigned. This office is prepared to utilize any and all legal remedies available, should you disregard our request.

    Thank you, in advance, for your anticipated cooperation.

                                            Sincerely,

                                            CLYDE M. COLLINS, JR

CMCjr/at
Cc:    Mr. and Mrs. William H. Harris

        Bank of America, Attn: Bankruptcy
        NC4-105-02-77, Post Office Box 26012, Greensboro, North Carolina 27410

## EXHIBIT "B"

# Elaine Lucas, Attorney at Law

900 Cesery Boulevard Suite 104 - A • Jacksonville • Florida 32211
TELEPHONE (904)-744-1902

April 23, 2010

Hazard/Flood Insurance Uniy
Bank of America Home Loans
P.O. Box 961206
Fort Worth, TX 76161-0206

RE:   Loan No:     870626143
      Property :   110 Lighthouse Road West, Jacksonville, Fl 32225

Dear Customer Representative:

Please be advised this firm represents the interests of the homeowner, Mr. and Mrs. William Harris in this matter. They are in receipt of your correspondence dated March 23, 2010 requesting insurance regarding a homeowner's policy. Mr. and Mrs. Harris do not reside in the home as a foreclosure action was filed on May 19, 2009. Additionally, they file bankruptcy and an Order Granting Relief of Stay was issued by the United States Bankruptcy Court on September 11, 2009, to allow an in rem proceeding.

At this time they are not in a position to place any insurance on the property. If you have any questions please do not hesitate to contact the office.

Sincerely,

*Elaine Lucas*
Elaine Lucas

EL;ll

CC:  Mr. and Mrs. William Harris

ELAINELUCASLAW@HOTMAIL.COM

# COLLINS & STORY, P.A.
*Attorneys at Law*

July 7, 2010

Bank of America
**Attention: Bankruptcy Department**
Via Telefacsimile to 805 520-5019

    RE:    William H. Harris and Sallie Anna Harris
               Account No. 870626143
                         3306480975

Dear Sir or Madam:

    This office represents William and Sallie Anna Harris in connection with bankruptcy proceedings filed in the U.S. Bankruptcy Court Middle District of Florida on August 3, 2009, bearing case no. 3:09-bk-6474. Despite your being notified by the Harrises and this office, you continue to contact William and Sallie Anna Harris by telephone regarding the captioned mortgage.

    Please find attached hereto the following:

1. Notice of Bankruptcy Case Filing
2. Discharge of Joint Debtors dated December 3, 2009
3. Notice of Filing Order Granting Relief from the Automatic Stay
4. Order Granting Relief from the Automatic Stay - granting Bank of America the option to proceed with the foreclosure of its lien.

    We are requesting, again, that any further inquiries relating to this account be directed to this office at the address and telephone number listed below.

                                      Sincerely,

                                      Annetta Thurber
                                      Assistant to Clyde M. Collins, Jr., Esquire

at .
Attachments as stated above

Cc: Mr. and Mrs. William H. Harris
      Law Offices of David J. Stern, PA